McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-283 JAM |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS INDICTMENT |
| v. ) | AND ORDER |
| ) | |
| JOSE LUIS GARCIA-MADRIGAL, ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the indictment against JOSE LUIS GARCIA-MADRIGAL in Case No. S-08-283 JAM, filed on June 19, 2008.

The three-count indictment charges the defendant with violating 21  U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Possess with Intent to Distribute Over 500 grams of Cocaine and Over 50 Grams of Methamphetamine; Attempted Possession with Intent to Distribute Over 500 Grams of Cocaine; and Possession with Intent to Distribute Over 500 Grams of Cocaine and 50 Grams of Methamphetamine.

///

1  This motion is made in the interest of justice in light of
2 evidence discovered post indictment regarding the defendant's
3 participation in the conspiracy, attempted possession, and
4 possession charges.
5  The defendant is currently out of custody under the
6 supervision of a Pretrial Services Officer.

8 DATE: October 29, 2008                McGREGOR W. SCOTT
                                         United States Attorney

10                                       By: /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
11                                       Assistant U.S. Attorney

14                          **O R D E R**

16 APPROVED AND SO ORDERED:

20 DATED: October 29, 2008
21                                       /s/ John A. Mendez
22                                       UNITED STATES DISTRICT JUDGE